# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHNSON POWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 2:12-cv-02723-SLB-TMP |
| ) | |
| LLOYD ARRINGTON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his Report and Recommendation (doc. 31) in the above-styled cause on July 14, 2015, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of Petitioner's conviction be denied and dismissed with prejudice. No objections to the Report and Recommendation have been filed.

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the report is due to be **ADOPTED** and the recommendation **ACCEPTED**. A corresponding order shall be entered contemporaneously herewith.

**DONE** this 10th day of August, 2015.

_____
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE